UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRY YOUNG,

        Petitioner,

Case No. 10-10117

v.

HONORABLE AVERN COHN

CARMEN PALMER,

        Respondent.
_____/

**JUDGMENT**

For the reasons stated in the Memorandum and Order entered and filed on May 25, 2012, denying petitioner's Petition for Writ of Habeas Corpus and denying a Certificate of Appealability, judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: May 28, 2012        By:   S/Julie Owens
                                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 28, 2012, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                                Case Manager, (313) 234-5160